# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOME, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00043-DAD-SAB<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

Plaintiff Pedro Rodgriquez is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed a complaint on January 9, 2019, against Governor Gavin Newsom; Jonathan Soglin, Executive Director of the First District Appellate Project; Michael J. Hersek, a public defender; Julie Nauman, Executive Director of the Victim Compensation and Government Claims Board; Marybel Batjer, Board Chairperson of the Victim Compensation and Claims Board; City of Redwood City, and County of San Mateo. Plaintiff alleges violation of his civil rights for the failure to provide him with relief under California Penal Code Section 1473.7, et seq. Plaintiff contends that he was never granted a hearing or an appeal of his hearing to vacate his conviction on the ground of actual innocence.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events

1

or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).  The Court has reviewed Plaintiff's complaint which challenges the denial of a motion to vacate his conviction under section 1473.7 of the California Penal Code and finds that venue properly lies in the Northern District.  Plaintiff alleges that all incidents alleged in the complaint took place in the City of Redwood City in the County of San Mateo.  The County of San Mateo is part of the Northern District of California.  Venue in this action appropriately lies within the Northern District of California.

Pursuant to 28 U.S.C. § 1406(a), when a case has been filed in the wrong district, the "district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  Additionally, Local Rule 120(f), provides that a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be transferred to the Northern District of California.  This court will not rule on Plaintiff's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Northern District of California; and
2. This court has not ruled on plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **January 11, 2019**

UNITED STATES MAGISTRATE JUDGE